

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Roger Dale May, Appellant

No. 06-19-00005-CR        v.

The State of Texas, Appellee

Appeal from the 5th District Court of Cass County, Texas (Tr. Ct. No. 2018F00027). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to show May pled not true to the enhancement allegations. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Roger Dale May, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 19, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk